UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL ALEXANDER WESCOTT, <br> Plaintiff, <br> v. <br> MONETTE STEPHENS, et al., <br> Defendants. | Case No. 18-cv-05009-SK <br><br> **ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge William H. Orrick to determine whether it is related to *Wescott v. Stephens, et al.*, Case No. 17-cv-05837-WHO.

**IT IS SO ORDERED**.

Dated: August 20, 2018

SALLIE KIM
United States Magistrate Judge